FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC 19 PM 1:25
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18-CR-00271-RSB-JEG |
| | ) | |
| v. | ) | SEALED NUMBER |
| | ) | 4:18-MJ-67 |
| GARY JOHNSON, | ) | |
| a/k/a "G" | ) | |
| JAMISON LANIER, | ) | |
| a/k/a/ "MONICA LEWINSKY" | ) | |

### ORDER ALLOWING DISCLOSURE OF TIII MATERIALS

Upon motion of the United States and for good cause shown, the government's motion to allow disclosure of TIII documents is GRANTED.

The United States is authorized to disclose the following materials related to wire intercepts regarding the target phones outlined in their motion. The following information may be disclosed to the defense in discovery, state and local law enforcement, and may be used as evidence as needed:

  a. Government's Applications for Interception of Wire and Electronic Communications;

  b. Affidavits in Support of Applications;

  c. Orders authorizing interception;

  d. Contents of magnetic optical discs containing recordings of intercepted wire and electronic communications, and related materials (line sheets, transcripts, etc.); and

e. Applications and Orders related to the sealing of recordings.

SO ORDERED THIS 19th DAY OF DECEMBER 2018.

_____
HONORABLE JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA