UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | INDICTMENT NUMBER: |
| ) | CR4:18-0271 |
| GARY JOHNSON, ) | |
| ) | |
| Defendant.   ) | |

### IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Thomas A. Withers for the period of Thursday, February 7, 2019 through and including February 18, 2019, in the above captioned case.

The above and foregoing request for Leave of Absence is **GRANTED.** Mr. Withers is provided Leave of Court from Thursday, February 7, 2019 through and including February 18, 2019.

**SO ORDERED,** this the 10th day of January, 2019.

Christopher L. Ray
JUDGE
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA