**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GARY JOHNSON, <br><br> Defendant. | CASE NO.: 4:18-cr-271 |

**O R D E R**

This matter is before the Court on Defendant Gary Johnson's Motion to Permit Defense Counsel to Give Presentence Investigation Report to Defendant. (Doc. 71.) Counsel for Defendant seeks to provide a copy of the Defendant's Presentence Investigation Report to Defendant and submits that the Government defers to the Court on the matter. (Id.) After careful consideration and in the manner set forth below, Defendant's Motion is **GRANTED**.

Counsel may give Defendant a copy of the Presentence Investigation Report provided that Defendant may not disclose the Presentence Investigation Report, or its contents, to anyone. The Presentence Investigation Report shall be provided to Defendant solely for the purpose of preparing for Defendant's sentencing, and Defendant must return the copy of the Presentence Investigation Report to the Probation Office at the start of Defendant's sentencing hearing.

**SO ORDERED**, this 8th day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE